```
              UNITED STATES DISTRICT COURT
                       FOR THE
                 DISTRICT OF VERMONT
```

James T. Burke,                      :
         Petitioner,                 :
                                     :
         v.                          :Civil Action No. 2:12 CV 197
                                     :
                                     :
Andrew Pallito, Commissioner         :
Vermont Department of Corrections,   :
         Respondent.                 :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed February 20, 2013. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The petitioner's second amended motion for default judgment (Doc. 23) is DENIED.

Dated at Burlington, in the District of Vermont, this 13th day of March, 2013.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              U.S. District Court Judge